| | |
|---|---|
| 1 | **BRODSKY & SMITH, LLC** |
| | Evan J. Smith, Esquire (SBN 242352) |
| 2 | esmith@brodskysmith.com |
| | Ryan P. Cardona, Esquire (SBN 302113) |
| 3 | rcardona@brodskysmith.com |
| | 9595 Wilshire Boulevard, Suite 900 |
| 4 | Beverly Hills, CA 90212 |
| | Phone: (877) 534-2590 |
| 5 | Facsimile: (310) 247-0160 |
| 6 | *Attorneys for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MYERS, on behalf of himself and all others similarly situated, | **Case No.: 2:21-CV-00844-AB-AFM** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| AEROJET ROCKETDYNE HOLDINGS, INC., EILEEN P. DRAKE, KEVIN P. CHILTON, THOMAS A. CORCORAN, JAMES R. HENDERSON, WARREN G. LICHTENSTEIN, LANCE W. LORD, AUDREY McNIFF and MARTIN TURCHIN, | |
| Defendants. | |

1
2    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
3 Procedure, plaintiff Richard Myers ("Plaintiff") voluntarily dismisses this action without prejudice
4 as to both the Plaintiff's individual claims and the claims of the putative class.  This notice of
5 dismissal is being filed before service by Defendants of either an answer or a motion for summary
6 judgment.  Since no class has been certified and the dismissal is without prejudice as to the
7 members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of this
8 Action is effective upon filing of this notice.
9
10   Dated: March 10, 2021                              **BRODSKY & SMITH, LLC**
11
                                                        By:  */s/ Evan J. Smith*
12                                                           Evan J. Smith, Esquire (SBN 242352)
                                                             esmith@brodskysmith.com
13                                                           Ryan P. Cardona, Esquire (SBN 302113)
                                                             rcardona@brodskysmith.com
14                                                           9595 Wilshire Blvd., Ste. 900
                                                             Phone:  (877) 534-2590
15                                                           Facsimile (310) 247-0160